Edward J. Gladney - No. 80179-279
Name and Prisoner/Booking Number

USP Coleman - II
Place of Confinement

P.O. Box 1034
Mailing Address

Coleman, FL 33521
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY

NOV 2 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

EDWARD J. GLADNEY,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) UNITED STATES OF AMERICA,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 17-cv-427-DCB-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: 28 USC §§1346 and 2671-2680 (FTCA)   .

2. Institution/city where violation occurred: FBOP - USP TUCSON   .

## B. DEFENDANTS

1. Name of first Defendant: __UNITED STATES OF AMERCA__. The first Defendant is employed as: _____ at _____.
   (Position and Title)        (Institution)

2. Name of second Defendant: __N/A__. The second Defendant is employed as:
   as: _____ at _____.
   (Position and Title)        (Institution)

3. Name of third Defendant: __N/A__. The third Defendant is employed as: _____ at _____.
   (Position and Title)        (Institution)

4. Name of fourth Defendant: __N/A__. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? __Only this__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: __17-cv-427__.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed W/O for failure to State a Claim__.

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Protected Right to Be Free From Sexual Assault in a Federal Prison__.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: __Violation of Civil Rights - 18 USC §242__.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 19, 2016, Inmate Terell Powell sexually assaulted me between the hours of 9:01 a.m. and 10:05 a.m. Defendant United States of America ("USA") failed to provide adequate officer monitoring of an out-of-bounds inmate and failed to adequately staff housing unit with at least two officers as required. Defendant USA was negligent in the denial of Plaintiff's Claim under the FTCA

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Nightmares, night sweats, rapid heartbeat. panic attacks, various bodily injuries from attempting to fight off attack. PTSD, Mental Anguish, Emotional Distress/Trauma

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __I filed a Claim for damage, Injury, or Death under the FTCA which was denied on March 10, 2017.__

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: N/A

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☑ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: N/A

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Money Damages to the Fullest Extent of the Law and/or Decided by a jury.

_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/7/17__
                DATE

SIGNATURE OF PLAINTIFF


LPS, LLC
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.