1  **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward J Gladney, | No. CV-17-00427-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| JT Shartle, et al., | |
| Defendants. | |

Upon Defendant's Motion for Stay of Proceeding Due to Federal Government Shutdown, and good cause appearing,

**IT IS ORDERED** that the Motion for Stay (Doc. 59) is GRANTED.

**IT IS FURTHER ORDERED** that the above-captioned case is stayed pending the filing of a Notice of Resumed Government Activity by Defendant.

**IT IS FURTHER ORDERED** that Defendant shall file a Notice of Resumed Government Activity within five (5) business days of the U.S. Department of Justice being funded and counsel's returning to work and, if applicable.

**IT IS FURTHER ORDERED** that after the stay is lifted, the Response to the currently pending Motion to Compel and the *en camera* filing shall be due within 14 days.

**IT IS FURTHER ORDERED** extending discovery for 30 days after the stay is lifted, and all other case management deadlines to be adjusted accordingly.

//
//

Dated this 4th day of January, 2019.

_____
Honorable David C. Bury
United States District Judge