IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD J. GLADNEY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO.: 17-cv-427-DCB |
| ) | |
| THE UNITED STATES ) | |
| OF AMERICA, ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### AND REQUEST FOR INQUEST

Plaintiff, Edward J. Gladney, Pro Se, pursuant to Rule 56, Fed. R. Civ. P., respectfully requests this Court to grant Plaintiff's Summary Judgment as to liability of Defendant, United States of America, for damages due to injuries sustained caused by the Defendant's negligence.

The amount of damages due should be determined at a hearing since the Plaintiff has sought "Money Damages to the Fullest Extent of the Law." (Doc. #7)

The reasons therefor, are set forth in the Plaintiff's Declaration(s), Statement of Undisputed Facts, Memorandum of Law, and other supporting exhibits.

Respectfully Submitted,

March 20th, 2019

EDWARD J. GLADNEY   # 80179-279
USP Coleman II
P.O. Box 1034
Coleman, FL 33521
(352) 689-7000

## Certificate of Service

I hereby certify that a copy of the foregoing document was mailed this __March 21st, 2019__ (month, day, year) to:
Name: __AUSA M.A. Ambri__
Address: __405 W. Congress St. #4800, Tucson, AZ 85701__
Attorney for Defendant(s)

_____
(Signature)