IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

EDWARD J. GLADNEY,
   Plaintiff,
v.
THE UNITED STATES OF AMERICA,
   Defendant.

Civil No.: 17-cv-427-DCB

## AMENDMENT TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Plaintiff Edward J. Gladney, pro se, hereby submits the following amendments to her "Statement of Undisputed Facts" due to three typographical errors: (Corrections are circled)

12. "The defendant is without knowledge and information concerning how the "alledged" assailant gained access to B-2 Unit on May (19), 2016. (Exbt. #1, (#3))"

13. "There is no video footage showing who and how many housing unit officers were on duty on B-2 Unit, on May (19), 2016. (Exbt. #(2), (#11))"

March 23rd, 2019

Respectfully Submitted,

Edward J. Gladney, #80179-279
USP Coleman II
P.O. Box 1034
Coleman, FL 33521
(352) 689-7000

1

## Certificate of Service

I hereby certify that a copy of the foregoing document was mailed this ___March 24, 2019___ (month, day, year) to:

Name: ___AUSA M.A. Ambri___

Address: ___405 W. Congress St. #4800, Tucson, AZ 85701___

Attorney for Defendant(s)

_____
(Signature)