**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward J Gladney,<br><br>          Plaintiff,<br><br>v.<br><br>JT Shartle, et al.,<br><br>          Defendants. | No. CV-17-00427-TUC-DCB<br><br>**ORDER** |

The Court rules on the remaining discovery related issues. Discovery is closed, (Order (Doc. 62), except where necessary to complete any discovery ordered herein.

<u>Plaintiff's Second Motion to Compel</u>

Denied, as to requests for admissions related to Plaintiff having female physical characteristics, for the reasons stated by the Defendant in the Response. Interrogatory 24 and Request for Admission 10 are not relevant to Plaintiff's negligence claim. Defendant shall answer the Requests for Admissions 11, 12, 13. It is relevant to the negligence claim whether Defendant should have known that inmates were repeatedly being out-of-bound on Plaintiff's unit under the existing staffing levels and procedures.

<u>Plaintiff's Third Motion to Compel</u>

Denied because Defendant admits that Plaintiff signed a "Notification of Central Inmate Monitoring (CIM) Classification or Declassification for on or about June 28, 2016. Whether there is a CIM's assignment of separation from Powell is privileged, law enforcement information, important to the security of the BOP facilities. It implicates a

nonparty inmate's rights under the Privacy Act. Most importantly, the existence of the CIMs, which is not disputed, does not go to prove Plaintiff's state of mind, i.e., that he was scared of Terell Powell. Plaintiff is free to argue this based on the undisputed fact that he signed the June 28, 2016 CIMs notification.

<u>Plaintiff's Motion for Sanctions</u>

Denied for the same reason the Court denied the Plaintiff's Motion for Preliminary Injunction. (Order (Doc. ___) at 2-13.)

**Accordingly,**

**IT IS ORDERED** that the pending discovery motions (Docs. 54, 70, 75) are DENIED, except the Second Motion to Compel (Doc. 54) is GRANTED IN PART for Requests for Admissions 11, 12, and 13. Discovery is closed except for these answers.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Consolidated Briefing (Doc. 83) and Motion to Extend Deadline for Defendant's Dispositive Motion (Doc. 86) are GRANTED, as follows:

1. Defendant's Response to Plaintiff's Motion for Summary Judgment (Docs. 76-81) is consolidated to include a Cross-motion for Summary Judgment to be filed April 26, 2019.

2. Plaintiff's Combined Reply supporting his Motion for Summary Judgment and Response to Defendant's Cross-motion for Summary Judgment shall be due by May 31, 2019.

3. Defendant shall file a Reply within 14 days of Plaintiff's Reply/Response.

Dated this 19th day of April, 2019.

Honorable David C. Bury
United States District Judge