**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward J Gladney, | No. CV-17-00427-TUC-DCB |
| Plaintiff, | **CONFIDENTIALITY ORDER** |
| v. | |
| JT Shartle, et al., | |
| Defendants. | |

Upon Defendant's Motion for Entry of Confidentiality Order (Doc. 93), and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion for Entry of Confidentiality Order (Doc. 93) is GRANTED;

2. The United States is authorized to disclose information protected by the Privacy Act, 5 U.S.C. § 552a, relating to inmate Tyrell Powell, without obtaining the prior consent of the individuals to whom such documents and information pertain.

3. Documents and information, including oral testimony, containing information the United States seeks to protect under this Order shall be designated to the effect of "SUBJECT TO PROTECTIVE ORDER" and, once so designated, the documents and information shall be deemed "Protected Information" subject to this Order. The United States may further designate documents and information to the effect of "REVIEW ONLY" and such documents and information shall also be deemed "Protected Information" subject to this Order.

4. Protected Information may be disclosed only to (a) the parties in this action, (b) licensed legal counsel to the parties in this action and such counsel's law clerks, paralegals, assistants, experts and consultants, (c) licensed court reporters used in this action, (d) this Court and its staff, and (e) if applicable, the jury in this action. Protected Information that is designated "Review Only" may be disclosed as provided in subsections 4(a)-(e) of this Order but with the further restriction that Plaintiff may, at his request to his counselor or other BOP staff designated by Defendant in writing to Plaintiff, be allowed to review "Review Only" materials at a reasonable time and place designated by the facility where he is incarcerated but shall not make, be provided with, or maintain in his possession, custody or control a copy of such materials.

5. No person having access to Protected Information shall disclose such information to any person except as provided in this Order.

6. Any person provided access to Protected Information, except under subsections 4(d)-(e) of this Order, shall be informed that the information is confidential and subject to a protective order and shall be given a copy of this Order.

7. In the absence of an Order from this Court removing the information from this Order, Protected Information may be filed with the Court only under seal or redacted from the document in which it appears.

8. Protected Information shall be used solely for trial and appellate proceedings in this action, and for no other proceeding or purpose.

9. Within sixty (60) days after the conclusion of all trial and appellate proceedings in this action, all Protected Information shall be destroyed or returned to the United States, and all documents that contain or refer to Protected Information shall be destroyed or redacted. Any person who had access to Protected Information shall, upon request by the United States, promptly certify in writing that all Protected Information in his or her possession, custody or control has been returned to the United States, destroyed or redacted in accordance with this Order.

/////

10. Failure to strictly comply with this Order may result in sanctions including but not limited to being held in contempt and dismissal of this action.

Dated this 13th day of May, 2019.

_____
Honorable David C. Bury
United States District Judge