IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD J. GLADNEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. : 17-cv-427-DCB |
| THE UNITED STATES | ) |
| OF AMERICA, | ) |
| Defendant. | ) |

## PLAINTIFF'S SECOND SUPPLEMENTAL STATEMENT OF

## UNDISPUTED FACTS

Plaintiff Edward J. Gladney, pro se, hereby submits her Second Supplemental Statement of Undisputed Facts in support of Summary Judgment for the Plaintiff:

42. After the Plaintiff filed her administrative tort claim, and after the Plaintiff filed the instant FTCA lawsuit, USP Tucson initiated "ID scanners" for housing units (Exbt. #24).

43. Plaintiff wrote a Disciplinary Hearing Officer (DHO) a detailed letter documenting "an inmate who had been harassing and stalking" the Plaintiff. (Exbt. #23).

44. The DHO at USP Tucson had video/photo evidence of the Plaintiff being kissed by an inmate. (Exbt. #22).

45. The photo/video evidence the DHO at USP Tucson reviewed shows Plaintiff with her arms and hands by her side. (Exbt. #22).

46. Plaintiff's letter to the DHO stated: "...he forces me to hug and kiss him as I am attempting to exit gym..." (Exbt. #23).

47. Plaintiff's letter to the DHO stated: "...he enters B-2 sally port during 9:00 a.m. move and harasses me to come out...I refuse, he gets angry and bypassed the unit officers...I report to officers that I need to go to Lt. Office...someone has entered...harassing me with a weapon..." (Exbt. #23).

48. Plaintiff's letter to the DHO stated: "I take the dreaded initiative to make A.W. (Assistant Warden) aware that 'I fear for my personal safety with...in my presence'", via EMAIL. (Exbt. #23).

49. Plaintiff's letter to the DHO was submitted to the U.S. District Court for the Middle District of Florida-Ocala Division, used as evidence by Respondent "AUSA J. DiNicola" in the response to Plaintiff's 2241 Petition. (#5:18-cv-00517-MMH-PRL, Doc. 8-2) (Exbt. #23).

50. Plaintiff made the statement to the DHO: "I was in fear and under duress..." (Exbt. #25). Nonetheless, the DHO found Plaintiff guilty as charged. (Exbt. #25, page 2 at V.).

51. The definition of a "sex act" is definite. (18 U.S.C. 2246).

52. Kissing (orally) nor Embracing is a sex act. (18 U.S.C. 2246).

53. Considering Plaintiff's incident report (Exbt. #25) and the definition of a sex act (18 U.S.C. 2246), the "some evidence" standard did not apply to the disciplinary case (Code 205, Engaging In A Sex Act). No evidence existed.

54. Kissing or/and Embracing is a Code 409 violation, per BOP Program Statement, but Plaintiff received Code 205 for "Engaging in a Sex Act".

55. Plaintiff currently has a retaliation claim pending in the U.S. District Court for the Eastern District of Texas-Beaumont Division asserting BOP staff at USP Tucson conducted a sham disciplinary investigation, and transferred Plaintiff (to an institution known to inflict violence upon sexual offenders) due to Plaintiff reporting P.R.E.A. incidents at USP Tucson. (See Docket at 1:18cv293), and (Exbt. #15).

56. Plaintiff has submitted evidence showing that the Defendant has a propensity to possess false, misleading, or otherwise ill-documented records and reports concerning Plaintiff. (Exbt. #17, #18, #19, #21, and #25).

57. The DHO at USP Tucson stated in Plaintiff's disciplinary report: "…The letter stated inmate GLADNEY was being harassed by inmate…however, when asked if he reported it, inmate Gladney stated 'no'…" (Exbt. #25, page 2 at V.). This contradicts that letter. (Exbt. #23).

58. The DHO at USP Tucson had evidence (letter) that Plaintiff reported the harassment on 5/25/17, between 9:00 a.m. and 9:30 a.m., and on 5/25/17, between 9:40 a.m. and 10:00 a.m. (Exbt. #23), yet the DHO documented that Plaintiff stated she did not report the harassment. (Exbt. #25, page 2 at V.).

59. The Plaintiff was issued the incident report approximately 3 hours after Plaintiff reported the harassing inmate, (See Exbt. #25) (Exbt. #23), and was transferred to USP Beaumont less than 2 months later. (See B.O.P Location History).

                                                                                               Respectfully Submitted,

<u>DATED: May 27th, 2019</u>

*/s/ Edward J. Gladney*

Edward J. Gladney, #80179-279

USP Coleman II

P.O. Box 1034

Coleman, FL 33521

(352) 689-7000

4

## Certificate of Service

I hereby certify that a copy of the foregoing document was mailed this _____ July 1st, 2019 _____ (month, day, year) to:
Name:   AUSA Michael A. Ambri
Address: 405 W. Congress, Ste #4800, Tucson, AZ 85701
            Attorney for Defendant(s)
_____
(Signature)