WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward J Gladney, | No. CV-17-00427-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| JT Shartle, et al., | |
| Defendants. | |

On October 23, 2019, the Court dismissed this action and entered Judgment for Defendants. Plaintiff filed an appeal. On December 16, 2019, Plaintiff filed a Motion for Documents to be sent to him by the Court at the Government's expense. The documents the Plaintiff seeks are his own declarations (Docs. 80, 106, 118), another supporting declaration he filed supporting his Response (Doc. 119), and the Court's final Order (Doc. 131). On March 19, 2020, the Ninth Circuit Court of Appeals, ordered counsel be appointed *pro bono* to represent him in the appeal.

**Accordingly,**

**IT IS ORDERED** that the Motion for Documents (Doc. 138) is DENIED AS MOOT.

Dated this 20th day of March, 2020.

Honorable David C. Bury
United States District Judge